FRANK J. VERGANO, Appellant, v. CITY OF NEW YORK, Respondent and Third-Party Plaintiff. BROOKLYN EAGLE, INC., Third-Party Defendant.—

Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ., concur.